JORDAN, Circuit Judge,
concurring.
Although Mr. Hobbs asked only that Drs. Robinson and O’Malley provide medical affidavits on his behalf, I concur because the magistrate judge appears to have construed Mr. Hobbs’ pro se motion as alternatively requesting the assistance of an expert. See Report & Recommendation, D.E. 39, at 25. Having considered the motion in this way, the magistrate judge incorrectly stated that there was no provision of federal law that provided for the appointment of expert witnesses under these circumstances. As the court explains, Federal Rule of Evidence 706 is such a source of authority and must be considered on remand. I note as well that the court’s opinion does not pass on whether sovereign immunity concerns may impact the applicability of Rule 706 in a case like this one involving the federal government.